Filed: March 1, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6580
(6:09-cv-00924-SB)

_____

PERRY LEE WATFORD,

            Petitioner – Appellant,

      v.

ROBERT M. STEVENSON, III, Warden,

            Respondent – Appellee.

_____

O R D E R

_____

The Court amends its opinion filed February 28, 2011, as follows:

On the cover sheet, district court information section, the case number is corrected to read "6:09-cv-00924-SB."

For the Court – By Direction

/s/ Patricia S. Connor
                Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6580**

───────────

PERRY LEE WATFORD,

                Petitioner – Appellant,

        v.

ROBERT M. STEVENSON, III, Warden,

                Respondent – Appellee.

───────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Sol Blatt, Jr., Senior District Judge.  (6:09-cv-00924-SB)

───────────

Submitted:  February 24, 2011        Decided:  February 28, 2011

───────────

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Perry Lee Watford, Appellant Pro Se.  Donald John Zelenka, Deputy Assistant Attorney General, William Edgar Salter, III, Assistant Attorney General, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perry Lee Watford seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Watford has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

DISMISSED